IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-900-GMS |
| | ) |
| THOMAS L. CARROLL, WARDEN, | ) |
| ROBERT GEORGE, WARDEN, VINCE | ) |
| BIANCO, WARDEN, STANLEY | ) |
| TAYLOR, COMMISSIONER, PAUL | ) |
| HOWARD, BUREAU CHIEF, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 20, 2004, this Court entered an order granting leave to proceed *in forma pauperis* and requiring the plaintiff to complete and return an authorization form (D.I. 6);

WHEREAS, on October 20, 2004, the order was mailed to the plaintiff at the Howard R. Young Correctional Institution, where the plaintiff indicated he was incarcerated;

WHEREAS, on November 9, 2004, the order was returned to the court as undeliverable (D.I. 7);

WHEREAS, on November 15, 2004, the court received a letter from the plaintiff indicating that he was incarcerated at

the Chester County Prison, located in Chester County, Pennsylvania (D.I. 8);

    WHEREAS, on November 15 2004, the order was mailed to the plaintiff at the Chester County Prison;

    WHEREAS, on December 1, 2004, the order was returned to the court as undeliverable (D.I. 9);

    WHEREAS, on December 13, 2004, the court received a letter from the plaintiff, indicating his new address (D.I. 10);

    WHEREAS, the plaintiff no action has been taken in this matter for a period of at least three months;

    THEREFORE, at Wilmington this 19th day of April, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to D. Del. L.R. 41.1 (1995).

                                          /s/
                                    United States District Judge